Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Tel.:    702-471-7000
Fax:    702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:    619-269-0400
Fax:    619-269-0401

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; et al.,<br><br>Plaintiff,<br>v.<br><br>STEALTH POWER, LLC (f/k/a Energy Xtreme, LLC), a Texas Limited Liability Company,<br><br>Defendant. | Case No. 2:18-cv-01813-GMN-NJK<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT STEALTH POWER, LLC TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Original Response Date:  October 16, 2018<br>Proposed Response Date:  November 15, 2018 |

Plaintiff, Thomas W. McNamara ("Plaintiff"), in his capacity as court-appointed Monitor, and Defendant Stealth Power, LLC ("Defendant") hereby stipulate to the following:

WHEREAS, the Complaint in this case was filed on September 19, 2018, Defendant was personally and properly served with process in full accord with Rule 4 of the Federal Rules of Civil Procedure on September 25, 2018, and Defendant's deadline to respond to the Complaint is currently October 16, 2018;

WHEREAS, Defendant requires additional time beyond the current deadline because Defendant's undersigned counsel was only recently retained and needs to retain local counsel;

1

WHEREAS, the parties agree, subject to Court approval, that Defendant's deadline to file its response to the Complaint shall be extended to November 15, 2018; and

WHEREAS, this is the parties' first stipulation to extend Defendant's deadline to respond to the Complaint.

The parties respectfully request that the Court grant this stipulation.

Dated: October 16, 2018

THE BALL LAW FIRM

By: /s/ Byron T. Ball
Byron T. Ball (*Pro Hac Vice Forthcoming*)
btb@balllawllp.com
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401-3602
Tel.:   310-980-8039

*Attorney for Defendant Stealth Power, LLC*

Dated: October 16, 2018

MCNAMARA SMITH LLP

By: /s/ Edward Chang
Edward Chang (NV 11783)
echang@mcnamarallp.com
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Tel.:   702-471-7000
Fax:   702-471-7070

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2018