Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958
Tel.:   702-471-7000
Fax:   702-471-7070

Edward Chang (NV 11783)
echang@mcnamarallp.com
MCNAMARA SMITH LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.:   619-269-0400
Fax:   619-269-0401

*Attorneys for Court-Appointed Monitor,
Thomas W. McNamara*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA, as the Court-Appointed Monitor for AMG Capital Management, LLC; et al.,<br><br>Plaintiff,<br>v.<br><br>STEALTH POWER, LLC (f/k/a Energy Xtreme, LLC), a Texas Limited Liability Company,<br><br>Defendant. | Case No. 2:18-cv-01813-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR MONITOR TO REPLY TO DEFENDANT STEALTH POWER, LLC'S OPPOSITION TO MONITOR'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Plaintiff, Thomas W. McNamara ("Plaintiff" or "Monitor"), in his capacity as court-appointed Monitor, and Defendant Stealth Power, LLC ("Defendant") hereby stipulate to extend time for the Monitor to respond to Defendant's Opposition to Monitor's Motion for Summary Judgment and Judgment on the Pleadings (ECF No. 39) and Defendant's Motion to Strike Request for Judgment on the Pleadings, or in the alternative, Opposition to Motion for Judgment on the Pleadings (ECF Nos. 40 and 41) filed on December 11, 2019.  This is the parties' first request for an extension of time to respond.  Good cause exists to extend the deadlines as set forth below.

1

WHEREAS, the Monitor filed his Motion for Summary Judgment on First Count for Account Stated and Motion for Judgment on the Pleadings as to Defendant's Second through Eleventh Affirmative Defenses on November 12, 2019. (ECF No. 30.) On November 26, 2019, Defendant filed its Motion for Extension of Time to Respond to Monitor's Motion for Summary Judgment by Eight Days. (ECF No. 35.) On November 27, 2019, the Court entered an Order (ECF No. 36) granting Defendant's motion and extending the time for Defendant to respond to the motion for summary judgment until December 11, 2019.

WHEREAS, on December 11, 2019, Defendant filed its Opposition to Monitor's Motion for Summary Judgment and Judgment on the Pleadings (ECF No. 39) and Motion to Strike Request for Judgment on the Pleadings, or in the alternative, Opposition to Motion for Judgment on the Pleadings (ECF Nos. 40 and 41).

WHEREAS, the Monitor's current deadline to respond to Defendant's Opposition to Monitor's Motion for Summary Judgment and Judgment on the Pleadings is December 25, 2019;

WHEREAS, the Monitor's current deadline to respond to Defendant's Motion to Strike Request for Judgment on the Pleadings, or in the alternative, Opposition to Motion for Judgment on the Pleadings is December 25, 2019 and December 18, 2019, respectively;

WHEREAS, the Monitor requested and Defendant agreed to extend time beyond the current deadline to January 3, 2020 due to the upcoming holidays. The Monitor and his counsel appreciates the brief extension to minimize disruption on preexisting family commitments; and

///
///
///
///
///
///
///
///
///

WHEREAS, the parties agree, subject to Court approval, that the Monitor's deadline to respond to Defendant's Opposition to Monitor's Motion for Summary Judgment and Judgment on the Pleadings (ECF No. 39) and Defendant's Motion to Strike Request for Judgment on the Pleadings, or in the alternative, Opposition to Motion for Judgment on the Pleadings (ECF Nos. 40 and 41) shall be extended to January 3, 2020.

The parties respectfully request that the Court grant this stipulation.

Dated: December 17, 2019

ACKERMAN LLP

By: /s/
Darren T. Brenner (NV 8386)
darren.brenner@ackerman.com
Scott R. Lachman (NV 12016)
scott.lachman@akerman.com
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel.: 702-634-5000
Fax: 702-380-8572

Byron T. Ball (*Pro Hac Vice*)
btb@balllawllp.com
THE BALL LAW FIRM
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401-3602
Tel.: 310-980-8039

*Attorney for Defendant Stealth Power, LLC*

Dated: December 17, 2019

MCNAMARA SMITH LLP

By: /s/ Edward Chang
Edward Chang (NV 11783)
echang@mcnamarallp.com
655 West Broadway, Suite 1600
San Diego, California 92101
Tel.: 619-269-0400
Fax: 619-269-0401

Abran E. Vigil (NV 7548)
vigila@ballardspahr.com
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135-2958
Tel.: 702-471-7000
Fax: 702-471-7070

*Attorneys for Court-Appointed Monitor, Thomas W. McNamara*

**IT IS SO ORDERED.**

Dated this 31 day of December, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of December 2019, pursuant to Fed. R. Civ. P. 5(b), I served via CM/ECF or delivered by email and mailing in the U.S. Mail a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR MONITOR TO REPLY TO DEFENDANT STEALTH POWER, LLC'S OPPOSITION TO MONITOR'S MOTION FOR SUMMARY JUDGMENT AND MOTION FOR JUDGMENT ON THE PLEADINGS**, postage prepaid and addressed to the following:

**VIA CM/ECF**
Darren T. Brenner
Scott Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Tel.:   702-634-5000
Fax:   702-380-8572
Email: darren.brenner@akerman.com;
scott.lachman@akerman.com
*Attorneys for Defendant Stealth Power, LLC*
*(fka Energy Xtreme, LLC)*

**VIA CM/ECF**
Bryon T. Ball
The Ball Law Firm
100 Wilshire Boulevard, Suite 700
Santa Monica, CA 90401
Tel.:   310-694-5911
Email: btb@balllawlp.com
*Attorneys for Defendant Stealth Power, LLC*
*(fka Energy Xtreme, LLC)*

   /s/ Edward Chang
Edward Chang
*Attorneys for Court-Appointed Monitor,*
*Thomas W. McNamara*