# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS W. MCNAMARA,<br>　　Plaintiff(s),<br>v.<br>STEALTH POWER, LLC,<br>　　Defendant(s). | Case No.: 2:18-cv-01813-GMN-NJK<br>**Order** |

The undersigned had discussions with the parties and counsel at a settlement conference. *See* Docket No. 53. As a result and with good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself from further involvement in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

IT IS SO ORDERED.

Dated: September 4, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge